UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20075-JEM

RAYMOND T. MAHLBERG,

      Plaintiff,

v.

KFC CORPORATION,

      Defendant.

_____/

## **NOTICE OF SETTLEMENT**

Pursuant to S.D. Fla. L.R. 16.4, Plaintiff Raymond Mahlberg and Defendant KFC CORPORATION hereby give notice that they have reached a resolution of this matter and are in the process of preparing and executing settlement documents. The Parties respectfully request 60 days to file their stipulation of dismissal with prejudice.

Dated: 03/04/2024

Respectfully submitted,

| | |
|---|---|
| */s/*_____ | */s/*_____ |
| Acacia Barros, Esq. | Eric Craft, Esq. |
|  Florida Bar No. 106277 |  Florida Bar No. 1035294 |
|  ab@barroslawfirm.com |  ecraft@constangy.com |
| ACACIA BARROS, P.A. | CONSTANGY, BROOKS, SMITH & |
| 11120 N. Kendall Dr., Suite 201 | PROPHETE, LLP |
| Miami, FL 33176 | 100 North Tampa Street., Suite 3350 |
| Telephone:  305.639.8381 | Tampa, FL  33602-5832 |
| Facsimile:  786.364.7327 | Telephone:  813.223.7166 |
| | Facsimile:  813.223.2515 |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |